UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The court acknowledges the Stipulation of Dismissal, Dkt. [51]. The Clerk is DIRECTED to close this case on the docket.
> JPH 2/21/2025.
> Distribution via ECF.

| | |
|---|---|
| CHERYL MCCLENDON, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CAUSE NO. 1:23-cv-01933-JPH-MG |
| INDIANA MEMORIAL AND CREMATION SERVICE, INC., and ROBERT E. LAMON, | ) ) Removal from: Marion Superior Court ) Cause No. 49D03-2309-CT-35377 ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, Cheryl McClendon ("Plaintiff") and Defendants, Indiana Memorial and Cremation Service, Inc. and Robert E. Lamon ("Defendants"), respectfully file this joint stipulation of dismissal of Plaintiff's Amended Complaint, with prejudice, each party bearing its own fees and costs..

| | |
|---|---|
| /s/ Christopher C Myers (with permission) <br> Christopher C. Myers <br> MYERS SMITH WALLACE, LLP <br> 809 South Calhoun Street, Suite 400 <br> Fort Wayne, IN 46802 <br> cmyers@myers-law.com <br><br><br> *Attorney for Plaintiff* | /s/ Jeffrey B. Halbert <br> Jeffrey B. Halbert (#22727-49) <br> BOSE McKINNEY & EVANS LLP <br> 111 Monument Circle, Suite 2700 <br> Indianapolis, IN 46204 <br> jhalbert@boselaw.com <br><br><br> *Attorney for Defendants* |

4939184.1